Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA  92108
P: 866-219-3343
F: 866-219-8344

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAUNA PITTMAN, an individual, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>KIMCO STAFFING SERVICES, INC.<br><br>    Defendant. | CASE No: 23-CV-1719 TWR (JLB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL ACTION AS WELL AS THE PUTATUVE CLASS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kawauna Pittman requests that the court dismiss all of Plaintiff's claims against Defendant without prejudice.

Respectfully submitted,

Date: October 5, 2023          SWIGART LAW GROUP, APC

By: s/ *Joshua B. Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Plaintiff